# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00302-CV

**Appellant, Kevin Wiley//
Cross-Appellant, Gene Fogle, Individually and d/b/a AAA Allstor #2**

**v.**

**Appellee, Gene Fogle, Individually and d/b/a AAA Allstor #2//
Cross-Appellee, Kevin Wiley**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 297,006-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Kevin Wiley has filed an unopposed motion to dismiss his appeal. We grant appellant's motion and dismiss his appeal. *See* Tex. R. App. P. 42.1(a). The appeal filed by cross-appellant Gene Fogle, Individually and d/b/a AAA Allstor #2, will continue. We have amended the style of the case to reflect the dismissal of appellant Kevin Wiley: *Gene Fogle, Individually and d/b/a AAA Allstor #2, Appellant v. Kevin Wiley, Appellee.*

It is ordered on May 23, 2019.

Before Justices Goodwin, Baker, and Triana